UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

LUKE BRADLEY FRANCIS                                                                        PLAINTIFF

v.                                        No. 2:20-CV-02214

ROB SCHIBBELHUT, et al.                                                                  DEFENDANTS

## ORDER

The Court has received a report and recommendations (Doc. 5) from United States Magistrate Judge Mark E. Ford. No objections have been filed and the deadline to file objections has passed. The Magistrate recommends that the Court dismiss Plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) and deny the motion to proceed in forma pauperis as moot. The Court has reviewed the record in this case and in Plaintiff's prior case, *Francis v. Hamby, et al.*, No. 2:20-CV-02073, and agrees with the Magistrate in this case. The report and recommendations are ADOPTED.

IT IS THEREFORE ORDERED that this case is DISMISSED WITH PREJUDICE. Judgment will be entered accordingly.

IT IS SO ORDERED this 22nd day of December, 2020.

*/s/ P. K. Holmes,* III
P.K. HOLMES, III
U.S. DISTRICT JUDGE